**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ~~Illinois~~ Indiana

2011 OCT 25 AM 11:49

Kennado TAYLOR
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 2 11CV 388
(To be supplied by the Clerk of this Court)

Porter StARK Hospital
IN DAiR individual Capacity
JANE Doe PSYCholog+ IN her individal CApacity
THE John Doe Security For Porter StARK Hospital
IN DAiR individal CApacity

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

[X] COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

[ ] COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

[X] OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   **Plaintiff(s):**

Revised: 7/20/05

A. Name: Kennado TAylor

B. List all aliases: Kennado Boyd TAylor

C. Prisoner identification number: 20101204047

D. Place of present confinement: N/A

E. Address: 2600 S CALIFORNIA AVE Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

## II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Porter STARK Hospital
   Title: Porter STARK Hospital
   Place of Employment: Porter STARK Hospital

B. Defendant: JANE DOE PSYCh Doctor
   Title: PSYCh Doctor
   Place of Employment: Porter STARK PSYCh Hospital

C. Defendant: THE John DOE
   Title: Security
   Place of Employment: Porter STARK PSYCh Hospital

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

b. ☐ Business, ☐ profession or ☐ other self-employment  ☐ Yes  ☒ No
Amount _N/A_ Received by _____

c. ☐ Rent payments, ☐ interest or ☐ dividends  ☐ Yes  ☒ No
Amount _N/A_ Received by _____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount _N/A_ Received by _____  ☐ Yes  ☒ No

e. ☐ Gifts or ☐ inheritances  ☐ Yes  ☒ No
Amount _N/A_ Received by _____

f. ☐ Any other sources (state source: _____ )  ☐ Yes  ☒ No
Amount _N/A_ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐ Yes  ☐ No  Total amount: _____
In whose name held: _N/A_ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☒ No
Property: _____
In whose name held: _N/A_ Current Value: _____
Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐ Yes  ☒ No
Address of property: _____
Type of property: _N/A_ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
 ☐ Yes  ☒ No
Property: _____
Current value: _N/A_
In whose name held: _____ Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents

_N/A_

-2-

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

  A. Name of case and docket number: _N/A_

  B. Approximate date of filing lawsuit: _____

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

  D. List all defendants: _N/A_

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

  F. Name of judge to whom case was assigned: _N/A_

  G. Basic claim made: _N/A_

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

  I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

About or around 7/2010 I MR. Kennado Taylor was tooken to porter Stark Hospital for Suicidal tendencies The follow Day the psych "Jane Doe" Doctor call Me to talk to her. She ask "How are you today MR Taylor what is it you've done to be here in the Hospital" I then told the psyc "Jane Doe" Doctor" I tried to Kill Myself I have Nothing to live for" The Jane Doe psyc Doctor Said "So your Saying you're going to Kill your Self or Someone else okay then you'll Just go to Jail Mr Taylor" I MR Taylor then asked the Jane Doe Psyc Doctor can See please help Me I feel like Killing Myself or Someone else I Need help. The Jane Doe psyc Doctor Said "then

3

Revised: 7/20/05

I can not help you if your're going to kill your self and some one else, "you'll just go to jail Mr. Taylor so I'm sending you home. The Jane Doe psyc Doctor then said I'm calling Security the Security was then called and when the Security came the Security used accessive force me for no reason I was then told I need to get my belongings and get out of here by the Jane Doe psyc Doctor and security upon Security John Doe using axcessive force on me My leg was injuried, I MR Kennado Taylor has been hospitalized for Mental health problems from a kid. I gave the Jane Doe psyc Doctor Information about hospitals I've been in and the Mental health Conditions I Suffer from and she over looked my condition and denied Me Mental health Services

4

I was denied Mental Health treatment by Jane Doe Doctor at Stark Hospital I Kennado Taylor was treated with Negligents on the Jane Doe Psych Doctor time and work place where this treatment Establish under the Mental Health act. And Not Obtaining adequate treatment from Jane Doe Doctor at porter Stark Hospital is there for a violation by the Jane Doe Psych Doctor I seen on or around 7/2010 and the porter Stark Administration I then called the porter starks police I Kennardo Taylor then told the officers John Doe I Need help the psych Doctor Jane doe At porter stark Hospital will Not Assis Me. I then told the John Doe Officers I feel like killing myself and others. The John Doe officers then said "we're going to get you Some help MR Taylor

VI.   Relief:

5

Revised: 7/20/05

The John Doe officers then called Porter Stark Jane Doe psych Doctor and said "You just sent a young man by the name of Kennad taylor home." The Jane Doe then said "Yes I Did." the John Doe officers then stated "MR Taylor said he's going to kill himself and others. the Jane Doe Doctor then stated "I told MR taylor if he kills some one he's just going to go to Jail." The Sgt of the police Department came to try and get me medical assistance the Jane Doe psych Doctor then said "He's not going to kill his self and if he kill some one just take him to Jail because he's lieing any way the officers and Sgt then said the Jane Doe psych Doctor is wrong for not giving you treatment and make sure you get a lawyer. All of this will show Due to Records been pulled from porter starks hospital on 7/2010

VI. Relief:

6

Revised: 7/20/05

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Each defendant acted under the Color of Law which I'm seeking punitive Damages in the amount of 250,000 Seeking Compensation Damages and Violations under the Mental Health Act In The Amount of 250,000

VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  Oct  day of  19 , 20 11

_____
(Signature of plaintiff or plaintiffs)

Kennado Taylor
(Print name)

201012040477
(I.D. Number)

PO Box 089002 Chicago IL 60608
2600 S California Ave
(Address)

6

Revised 9/2007

## Resident Funds Inquiry
**Current User Name: PROGSERV** Logout

ResId: 20101204047    [Submit]

Resident Id: **20101204047**
Resident Name: **TAYLOR , KENNADO K**
Date of Birth: **1981-02-17**
Location: **D91F -1 -1026**

**Account Activity:**                                                                  Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 5/18/2011 | RLS CHECK | O/A KANKAKEE COUNTY | -0.32 | 0.00 | 0.00 | 0.00 |
| 5/13/2011 | ERF | OID:100794039-ComisaryRefund-Reg | 0.30 | 0.32 | 0.00 | 0.32 |
| 5/09/2011 | EPR | OID:100794039-ComisaryPurch-Reg | -0.30 | 0.02 | 0.00 | 0.02 |
| 4/12/2011 | EPR | OID:100774337-ComisaryPurch-Reg | -5.06 | 0.32 | 0.00 | 0.32 |
| 3/21/2011 | ERF | OID:100752785-ComisaryRefund-Reg | 5.35 | 5.38 | 0.00 | 5.38 |
| 3/15/2011 | EPR | OID:100752785-ComisaryPurch-Reg | -5.35 | 0.03 | 0.00 | 0.03 |
| 3/15/2011 | EPR | OID:100751572-ComisaryPurch-Reg | -19.64 | 5.38 | 0.00 | 5.38 |
| 3/08/2011 | DEPWU | 7643668693-03/05 | 25.00 | 25.02 | 0.00 | 25.02 |
| 2/28/2011 | EPR | OID:100741267-ComisaryPurch-Reg | -0.35 | 0.02 | 0.00 | 0.02 |
| 2/14/2011 | EPR | OID:100729638-ComisaryPurch-Reg | -1.63 | 0.37 | 0.00 | 0.37 |
| 1/07/2011 | PAYROLL | PR6 1.01.11 CENT KIT DIV2 | 2.00 | 2.00 | 0.00 | 2.00 |
| 12/05/2010 | BOOKED | ON THE NEW | 0.00 | 0.00 | 0.00 | 0.00 |

PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: Kennado K Taylor
   (First) (Middle) (Last)

   List Alias Names, if any: Kennado Taylor Body
   Kennado Boyd Taylor

2. Any Current/Prior Prison ID Number(s): 20101204047

   Name of Prison(s): Cook County Jail

3. Jail ID Number(s): 20101204047

   Name of Jail(s): Cook County Jail

4. Date of Birth: 2-17-81

5. Home Address (Do not use P.O. Box):

   Street Name and Number: 2600 S California Ave

   City, State and Zip Code: Chicago IL 60608

# SELF NOTARY
## (STATE DOCUMENTS)

NOTARIZED UNDER AND BY 735 ILCS 5/1-109, UNDER PENALTY OF PERJURY, THIS

26 DAY OF September, 2011
DAY #         MONTH         YEAR

_____
YOUR SIGNATURE